David Martinez Ramirez, #39656
Arizona State Prison
P.O. Box 8600
Florence, AZ 85232



FILED _____ LODGED
_____ RECEIVED _____ COPY

JUN 2 6 1997

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ D DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DAVID MARTINEZ RAMIREZ, | ) | CIV **CIV 97-1331 PHX SMM** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | PRELIMINARY PETITION |
| TERRY STEWART, Director | ) | FOR WRIT OF HABEAS CORPUS |
| Arizona Department of | ) | AND APPLICATION FOR |
| Corrections, and MEG | ) | APPOINTMENT OF COUNSEL |
| SAVAGE, Warden, Arizona | ) | |
| State Prison - Florence | ) | |
| Complex, | ) | |
| Respondents. | ) | |
| | ) | |

My name is David Martinez Ramirez, Arizona Prisoner No. 39656. I am a prisoner in
state custody under sentence of death in Arizona. I am presently incarcerated in the Arizona
State Prison, in Florence.

I was convicted and sentenced to death in the Maricopa County Superior Court with
Judge Thomas W. O'Toole presiding. My conviction and sentence were affirmed by the Arizona



Supreme Court on March 24, 1994. A timely petition for a writ of certiorari to the United States Supreme Court was denied on October 31, 1994.

My state court petition for post-conviction relief was denied by the trial court and the Arizona Supreme Court denied my petition for review on May 20, 1997. The attorney appointed to represent me in state court, John C. Williams, is unable to represent me in my federal proceedings.

In Arizona, I was tried, and I am being held, in violation of my federal constitutional rights. Among other violations, my right to refuse to incriminate myself and my right to counsel under the Fifth and Fourteenth Amendments to the United States Constitution were violated when the trial court allowed the introduction of the statements taken by the police.

I am indigent and have substantially no assets. Attached is a Declaration in Support of Request to Proceed *In Forma Pauperis*. I have no training in law and am unable to represent myself. I request that the Court appoint an attorney to represent me in my capital case in this Court.

I also request that the Court grant counsel after appointment sufficient time to amend this petition after my entire record is reviewed and proper investigation is conducted to ensure that all my federal constitutional issues are raised. *See McFarland v. Scott*, 114 S.Ct. 2568 (1994).

WHEREFORE, I respectfully request the following relief:

1.      appointment of counsel to represent me in my Petition for Writ of Habeas Corpus and adequate time to allow counsel to properly review and investigate my case and raise all federal constitutional claims arising in my case;

2

2.      such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _17_ day of June, 1997.


_David Martinez Ramirez_
David Martinez Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DAVID MARTINEZ RAMIREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | DECLARATION IN SUPPORT OF |
| | ) | REQUEST TO PROCEED IN FORMA |
| TERRY STEWART, Director | ) | PAUPERIS |
| Arizona Department of | ) | |
| Corrections, and MEG | ) | |
| SAVAGE, Warden, Arizona | ) | |
| State Prison - Florence | ) | |
| Complex, | ) | |
| | ) | |
| Respondents. | ) | |

I, David Martinez Ramirez, declare that in support of my pleadings to proceed in the above entitled case without being required to prepay fees, costs, or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; and that I believe I am entitled to relief.

1.  Are you presently employed?  Yes ( )      No (X)

    a.  If the answer is "yes," state the amount of salary or wages per month, and give the name and address of your employer:

_____

    b.  If the answer is "no," state the date of last employment and the amount of salary and wages per month which you received:

    MARCH 18, 1989, $600.00

_____

2.  Have you received within the past twelve months any money from any of the following sources:                                    Yes    No

a.    Business, profession, or form of self-employment?      ( )(X)

b.    Rent payments, interest, or dividends?      ( )(X)

c.    Pensions, annuities, or life insurance payments?      ( )(X)

d.    Gifts or inheritances?      ( )(X)

e.    Any other sources?      ( )(X)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months:

_____

_____

_____

3.    Do you own cash or do you have money in a checking or savings account?
Yes ( )      No (X)    (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned:

_____

_____

_____

4.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
Yes ( ) No (X)

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

I declare (or certify, verify, or state) under penalty or perjury that the foregoing is true and correct.

Executed on _6 - 17 - 97_      _David Martinez Ramirez_
              (Date)              Signature of Petitioner
                                (Required as to each petitioner)

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $____.07____ on account to his credit
at the _ARIZONA STATE PRISON_ institution where he is confined. I further certify that petitioner
likewise has the following securities to his credit according to the records of said
_DAVID RAMIREZ_ institution: _ARIZONA STATE PRISON_

_____

_____

_____

_____


      _Ronald G. Burrow_      6-17-97
      Authorized Officer of Institution
      NOTARY PUBLIC

OFFICIAL SEAL
RONALD G. BURROW
Notary Public - State of Arizona
PIMA COUNTY
My Comm. Expires Nov. 11, 1999