**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Martinez Ramirez,<br><br>　　　　Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>　　　　Respondents. | No. CV 97-1331-PHX-JAT<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

In a June 30, 2008 Order, the Court ordered Petitioner to file his motion to amend within thirty days. Petitioner has requested an extension to file the motion thirty days after he receives corrected transcripts from his recent state post-conviction proceedings. The parties have agreed to the necessary transcript changes and the court reporter has been directed to make the corrections; they were due June 27, but counsel has not yet received them.

Counsel appears to be operating in good faith and represents that she has begun researching and drafting the motion to amend. However, the Court disagrees with her need for corrected transcripts before filing the motion. As she noted, the parties have agreed to all the necessary transcript changes, a copy of which is attached to the motion for time extension; thus, counsel can prepare the motion, including any necessary record cites, with accurate information. If the motion to amend is granted, and an amended petition is required, the corrected transcripts should be complete and counsel can ensure that all cites are accurate at that time. Similarly, if amendment is granted, this Court will not request the state court

1  record of the recent post-conviction proceedings until the corrected transcripts are filed.

2  Accordingly, **IT IS ORDERED** that the July 3, 2008 Motion for Extension of Time
3  (Dkt. 174) is **DENIED**.

4  DATED this 9th day of July, 2008.

James A. Teilborg
United States District Judge