**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Martinez Ramirez, | No. CV-97-1331-PHX-JAT |
| Petitioner, | DEATH PENALTY CASE |
| vs. | |
| Charles L. Ryan, et al.,[1] | **ORDER** |
| Respondents. | |

Pending before the Court is Petitioner's unopposed motion for a four-day extension of time in which to submit his brief regarding the adequacy of Arizona Rule of Criminal Procedure 32.4(a). (Dkt. 199.) Petitioner advises the Court that the parties have already exchanged some the exhibits that he will present to the Court, but he needs an additional four days to finalize his brief. The Court previously stated that it would grant only one brief extension. (*See* Dkt. 198.) However, the Court will allow Petitioner an additional four days to finalize his brief.

Accordingly,

**IT IS HEREBY ORDERED** granting Petitioner's motion for reconsideration of partial grant and partial denial of his motion for an extension of time. (Dkt. 199) Petitioner must file his supplemental brief regarding the adequacy of Arizona Rule of Criminal Procedure

---

[1]   Charles L. Ryan is substituted for Dora B. Schriro, as Acting Director, Arizona Department of Corrections. Fed. R. Civ. P. 25(d)(1).

1    32.4(a) on or before **Friday, April 3, 2009**.
2         DATED this 18th day of March, 2009.

```
                                James A. Teilborg
                                United States District Judge
```