**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Martinez Ramirez, | ) | No. CV-97-1331-PHX-JAT |
| Petitioner, | ) | <u>DEATH PENALTY CASE</u> |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | **ORDER** |
| Respondents. | ) | |

Pending before the Court is Petitioner's unopposed motion for a four-day extension of time in which to submit his reply in support of cause, prejudice and fundamental miscarriage of justice in regard to Claim 34. (Dkt. 217.)

Accordingly,

**IT IS HEREBY ORDERED** granting Petitioner's unopposed motion for an extension of time. (Dkt. 217.) Petitioner shall file his Reply in support of cause, prejudice and fundamental miscarriage of justice in regard to Claim 34 on or before **Friday, May 28, 2010**.

DATED this 20th day of May, 2010.

James A. Teilborg
United States District Judge