**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Martinez Ramirez, | No. CV-97-1331-PHX-JAT |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

To ensure efficient review and adjudication of Petitioner's cause and prejudice and fundamental miscarriage of justice arguments, and pursuant to Rule 5 of the Rules Governing Section 2254 Cases,

**IT IS HEREBY ORDERED** that Respondents shall, within 10 days of this Order, file with this Court a complete copy of the state court record (including all pleadings, transcripts, exhibits, and appellate filings) from Petitioner's state post-conviction petition based on *Atkins v. Virginia*, 536 U.S. 304 (2002).

DATED this 13th day of August, 2010.

James A. Teilborg
United States District Judge