**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Martinez Ramirez, | ) No. CV-97-1331-PHX-JAT |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| vs. | ) |
| Charles L. Ryan, et al., | ) **ORDER** |
| Respondents. | ) |

Pending before the Court is Respondents' unopposed motion for a twenty-five day extension of time to September 21, 2010, to electronically file a complete copy of the state court record from Petitioner's state post-conviction petition based on *Atkins v. Virginia*, 536 U.S. 304 (2002). (Doc. 224.)

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' unopposed motion for an extension of time. (Dkt. 224.) Respondents shall electronically file a complete copy of the state court record from Petitioner's state post-conviction petition based on *Atkins v. Virginia*, 536 U.S. 304 (2002) by September 21, 2010.

**IT IS FURTHER ORDERED** that a courtesy copy of the state court record for use by the Court and the capital case staff attorney shall be filed by September 1, 2010. In the courtesy copy, Respondents need not duplicate state court record material previously filed

# # # # # #

# # # # # #

1 | by Petitioner.
2 |     DATED this 23rd day of August, 2010.

_____
James A. Teilborg
United States District Judge