**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Martinez Ramirez,<br><br>Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Respondents. | No. CV-97-1331-PHX-JAT<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

Pending before the Court is Respondents' second unopposed motion to file on compact disks a complete copy of the state court record from Petitioner's state post-conviction petition based on *Atkins v. Virginia*, 536 U.S. 304 (2002), and an extension of time until September 8, 2010, to file the one courtesy copy of the record for use by the Court and the capital case staff attorney. (Doc. 226.)

Accordingly,

**IT IS HEREBY ORDERED** denying Respondents' unopposed motion to file the state court record on compact disks. (Dkt. 226.) Respondents shall electronically file a complete copy of the state court record from Petitioner's state post-conviction petition based on *Atkins v. Virginia*, 536 U.S. 304 (2002) by September 21, 2010.

**IT IS FURTHER ORDERED** that one courtesy copy of the state court record for use by the Court and the capital case staff attorney shall be filed by September 3, 2010. In the

# # # # #

# # # # #

courtesy copy, Respondents need not duplicate state court record material previously filed by Petitioner.

DATED this 31st day of August, 2010.

_____
James A. Teilborg
United States District Judge